AO91 (Rev. 12/03)  Criminal Complaint                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**           **CRIMINAL COMPLAINT**
            vs.
                                        Case Number: 1:19-po-1222
Cai QUIRU
 A201 778 206  China, Peoples Republic Of

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 21, 2019 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on February 21, 2019. The defendant is a citizen of China, Peoples Republic Of who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on February 21, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Rodriguez, Julio M.  Border Patrol Agent
Signature of Complainant

Rodriguez, Julio M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 23, 2019                                        at     Brownsville, Texas
Date                                                            City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                     Signature of Judge